RE David N Menken

2:17-BK-14594-BKM

Gentlemen,  11 JAN., 2018

This is to inform you that I presently do not have an eviction judgment outstanding against me.



FILED

JAN 1 2 2018

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA